# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASON MOORE,<br><br>   Plaintiff,<br><br>v.<br><br>GOLDSTEIN DENTAL CENTER, PC AND DEBORAH FEARS,<br><br>   Defendants. | CIVIL ACTION FILE NO.<br><br>1:15-cv-00425-ELR<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in compliance with this Court's order dated April 22, 2015 (Dkt. 13) the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted: May 13, 2015.

| | |
|---|---|
| Approved by: | Prepared and presented by: |
| /s/ Andy Shaul<br>Georgia Bar No. 637934<br>andy@shaullaw.com | /s/ James Craig<br>Georgia Bar No. 940586<br>james@maysandkerr.com |

1

**THE SHAUL LAW FIRM, P.C.**
1230 Peachtree Street NE
Promenade, Suite 1750
Atlanta, Georgia 30309
T: (770) 850 – 1800
F: (678) 731 – 1572

Counsel for the Defendants

**MAYS & KERR, LLC**
235 Peachtree St NE | Suite 202
Atlanta, GA 30303
T: (404) 410 – 7998
F: (877) 813 – 1845
(of counsel to the firm)

Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff hereby certifies that a true and correct copy of the forgoing matter has been served upon the Defendant by depositing the same in the U.S. Mail with sufficient postage to assure delivery.  Service was made to the address below.

>Andy Shaul
>The Shaul Law Firm, P.C.
>1230 Peachtree Street NE
>Promenade, Suite 1750
>Atlanta, Georgia 30309

Respectfully submitted: May 13, 2015.

**MAYS & KERR, LLC**
235 Peachtree St NE | Suite 202
Atlanta, GA 30303
T: (404) 410 – 7998
F: (877) 813 – 1845

James Craig
Georgia Bar No. 940586
james@maysandkerr.com
(of counsel to the firm)

Counsel for the Plaintiff

## **CERTIFICATION**

Pursuant to Local Rule 7.1D, counsel for Plaintiff hereby certifies that this document has been prepared with Times New Roman Font (14 point).

Respectfully submitted: May 13, 2015.

| | |
|---|---|
| **MAYS & KERR, LLC**<br>235 Peachtree St NE \| Suite 202<br>Atlanta, GA 30303<br>T: (404) 410 – 7998<br>F: (877) 813 – 1845 | James Craig<br>Georgia Bar No. 940586<br>james@maysandkerr.com<br>(of counsel to the firm)<br><br>Counsel for the Plaintiff |